Clear Form

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**St. Louis DIVISION**

Huda Abdullahi

Plaintiff(s),

v.

Ted Drewes Frozen Custard Inc.

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. 4:26-cv-01903-RHH
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ✔ NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✔ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency*.

____ Other (Describe)

**PARTIES**

2. Plaintiff's name: Huda Abdullahi

Plaintiff's address: 1840 Cass Avenue, 63106
Street address or P.O. Box

St. Louis, St. Louis City, MO 63106
City/ County/ State/Zip Code

314 314-904-0883
Area code and telephone number

3. Defendant's name: Travis Dillion

Defendant's address: 6726 Chippewa St, St. Louis, MO 63109
Street address or P.O. Box

St. Louis, St. Louis City, MO 63109
City/County/State/ Zip Code

314 (314) 481-2652
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

6726 Chippewa St, St. Louis, St. Louis City, MO, 63109

(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

July 18, 2025, through October 3, 2025

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes Date filed: ____________________

☑ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes Date filed: July 13th, 2026

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☑ Yes ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

_✔_ termination of my employment

____ failure to promote me

____ failure to accommodate my disability

_✔_ terms and conditions of my employment differ from those of similar employees

_✔_ retaliation

_✔_ harassment

_✔_ other conduct (specify):

Removal from work schedule after reporting harassment and raising workplace safety concerns.

Did you complain about this same conduct in your charge of discrimination?

_☑_ Yes     _☐_ No

11. I believe that I was discriminated against because of my (check all that apply):

____ race

____ religion

____ national origin

____ color

_✔_ gender

____ disability

____ age (birth year is: ____________)

_✔_ other:

Did you state the same reason(s) in your charge of discrimination?

_☑_Yes ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

11. [x] Other: Retaliation for reporting sexual harassment and raising concerns about workplace safety.
was employed by Ted Drewes Frozen Custard as a part-time Ice Cream Mixer beginning on or about March 14, 2025. I earned approximately $14.50 per hour and worked at the location at 6726 Chippewa Street, St. Louis, Missouri.On July 18, 2025, at approximately 7:58 p.m., I received a sexually inappropriate telephone call from an unknown individual who identified himself as my coworker, Liam Miller, and claimed to have obtained my personal information from a Ted Drewes workplace phone chart. The caller appeared to know identifying information about me, including my physical description. Liam Miller denied making the call. I did not know the caller's true identity.I reported the

(Continue to page 6, if additional space is needed.)

incident to management, including manager Tyler. I explained my concerns about the sexually inappropriate nature of the call and the possibility that someone had accessed or misused my personal workplace information. According to what Tyler told me, the telephone number was associated with an adult outside the workplace. Tyler also told me that, because Liam denied making the call, there was “nothing further we can do.” I remained concerned that the incident had not been adequately investigated and that my personal information had been accessible. I continued communicating my concerns and my discomfort about working near the individual management had been considering in connection with the incident. Management had initially indicated that it would respect my boundaries and avoid scheduling me with Liam while the matter was being addressed. In a message concerning escalation of the matter, Tyler stated, “But now Travis will have to get involved which is what we were trying to avoid.” I understood Travis to be the owner and the person responsible for human resources.On or about August 29, 2025, I was scheduled to work a shift at the store. Before arriving, I reviewed the schedule screenshot that a coworker had provided to me because I was no longer receiving the regular schedule emails and could not reliably access the scheduling system. The schedule did not list Trey as working that shift. I had previously communicated concerns about working alongside the individual I believed might be connected to the incident. When I arrived, however, I saw Trey working. I clocked in at approximately 6:00 p.m. and clocked out at approximately 6:38 p.m. because I became distressed and did not feel safe or comfortable remaining at work under those circumstances. Four managers were present that day. I had also attempted to contact manager Bryan shortly before the shift because I understood he wanted to speak with me about the harassment concerns. I did not receive a response to that message before arriving at work. After this shift, I continued attempting to communicate with management. I was not receiving regular schedule emails after the schedule covering August 18 through August 24, 2025, which had been sent on August 15. I had to rely on coworkers to send me schedule screenshots. I dispute that I voluntarily quit or abandoned my employment. On September 23, 2025, Tyler told me that I was not on the schedule and that it wa

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

Find that the Defendant violated my rights under applicable federal employment discrimination law, if established by the evidence. Award back pay and any other lost wages or employment benefits recoverable under the law. Award compensatory damages for the emotional distress and other harm I experienced, to the extent permitted by law. Order appropriate relief to prevent retaliation and ensure that employees can report harassment without adverse employment consequences. Award reasonable costs and attorney's fee

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Nov day of 04, 2026.

Signature of Plaintiff Huda Abdullahi